Brad R. Kohler II, Esq.
Nevada Bar No.: 7408
THARPE & HOWELL, LLP
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562-3301
Fax: (702) 562-3305
bkohler@tharpe-howell.com

Attorneys for Defendant,
*21st Century Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Craig B. Friedberg and Lauriann Bradford,** husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>**21st Century Insurance Company f/k/u AIU Insurance Company;** DOES 1 through 100, inclusive,<br><br>Defendants. | 2:13-cv-00659-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

23008

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-captioned matter be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs incurred herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS FURTHER STIPULATED by and between the parties that a trial date is not currently set in this matter.

DATED this 12th day of June, 2014.         DATED this 12th day of June, 2014.

THARPE & HOWELL, LLP                        MARQUIZ LAW OFFICE

/s/ Brad Kohler II                          /s/ Craig Marquiz

Brad R. Kohler II, Esq.                     Craig A. Marquiz, Esq.
Nevada Bar No.: 7408                        Nevada Bar No.: 7437
6897 West Charleston Boulevard              Marquiz Law Office
Las Vegas Nevada 89117                      3088 Via Flaminia Court
Attorneys for Defendants,                   Henderson, Nevada 89052
*21st Century Insurance Company*            *Attorney for Plaintiffs*

DATED this 12th day of June, 2014.

FELDMAN & GRAF, P.C.

/s/ David J. Feldman

David J. Feldman, Esq.
Nevada Bar No.: 5947
8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89147
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 12th day of June, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

–2–